■ In the Matter of CHRISTOPHER MILLION E., a Child Alleged to be Permanently Neglected. VIDALINA E., Appellant; NEW YORK FOUNDLING HOSPITAL et al., Respondents. [728 NYS2d 374] —Order, Family Court, Bronx County (Cira Martinez, J.), entered on or about February 2, 1999, which terminated respondent mother's parental rights and committed the child to the custody and guardianship of the Commissioner of Social Services following a fact finding determination that the mother had permanently neglected the child, unanimously affirmed, without costs.

The record supports the finding that the agency exercised diligent efforts to arrange visitation (*Matter of Lamikia Shawn S.*, 276 AD2d 279). The evidence shows that the child's best interests would be served by freeing him for adoption by his foster parents. Concur—Williams, J. P., Ellerin, Lerner, Saxe and Buckley, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. LORI HOPE KATZ, Admitted in 1985, at a Term of the Appellate Division, Second Department. [731 NYS2d 608] —Motion granted and respondent reinstated as an attorney and counselor-at-law in the State of New York, effective the date hereof. No opinion. Concur—Nardelli, J. P., Williams, Mazzarelli, Ellerin and Saxe, JJ. [*See*, 247 AD2d 158.]